# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| JEROME WILLIS | § | |
| | § | |
| v. | § | NO. 9:13-CV-284 |
| | § | |
| HOSPIRA, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this matter has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion to Dismiss (Doc. No. 4) be granted. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

The court finds that the findings and conclusions of the Magistrate Judge are correct and therefore, adopts the findings and conclusions as those of the court. Accordingly, it is

**ORDERED** that the Defendant's Motion to Dismiss (Doc. No. 4) is **GRANTED**, and the claims against Defendant Hospira, Inc. are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **3** day of **June, 2014.**

_____
Ron Clark, United States District Judge